DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL-AMERICAN FARMS, INC.,**
Appellant,

v.

**INTERNATIONAL COLD STORAGE, INC., JOEL J. BARTHEL** and
**MICHAEL MATRAS,**
Appellees.

No. 4D17-60

[November 9, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2011-CA-003488-XXXX-MB.

Paul O. Lopez and Rachel R. Bausch of Tripp Scott, P.A., Fort Lauderdale; and Charles J. Geragi, Boynton Beach, for appellant.

Jennifer Boussy Carroll and George L. Sigalos of Simon & Sigalos, LLP, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***